IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILL CREEK COUNTRY CLUB, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) No. 19-cv-1971 <br> ) |
| v. | ) Judge Jeffrey I. Cummings <br> ) |
| EVERGREEN ALLIANCE GOLF LIMITED, L.P., PREMIER GOLF MANAGEMENT, INC., and PREMIER GOLF EAGL G.P., LLC, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

# ORDER

Final pre-trial conference held on June 5, 2024. For the reasons stated on the record, the Court orders as follows:

(1) By agreement of the parties, the Court grants plaintiff's motion *in limine* No. 2 [159] and defendants' motions *in limine* Nos. 1, 3, and 4 [156].

(2) Plaintiff's motion *in limine* No. 1 [158] is denied.

(3) Plaintiff's motion *in limine* No. 3 [160] is denied.

(4) Plaintiff's motion *in limine* No. 4 [161] is granted.

(5) Plaintiff's motion *in limine* No. 5 [162] is granted to the extent that defendant is barred from eliciting testimony from expert witness Hosfeld which exceeds the findings of his expert report.

(6) Defendant's motion *in limine* No. 2 [159] is denied.

(7) Defendants' motion *in limine* No. 5 [159] is granted.

(8) With respect to the Court's proposed juror questionnaire, the Court will review the parties' proposed questions, incorporate them into its draft jury questionnaire as appropriate, and circulate a final jury questionnaire to the parties prior to the date of trial.

(9) The parties will exchange their demonstrative exhibits by 6/17/24 and they will file a supplement to their exhibit list which includes them and any objections by the close of business on 6/18/24.

(10) The parties will file their agreed statement of the case on or before 6/12/24.

(11) The parties will file a final witness list of will call, may call, and witnesses to be called by deposition by 6/12/24.

(13) By 6/12/24, the parties shall meet and confer in light of the Court's rulings and shall: (a) file updated proposed final jury instructions that are re-numbered to begin with No. 1 (as opposed to continuing on from the preliminary jury instructions); and (b) submit the updated proposed jury instructions in Word format to the Court's proposed order inbox (proposed_order_cummings@ilnd.uscourts.gov).

(14) The parties shall submit additional stipulations regarding the manner in which plaintiff's claims will be tried (i.e., how the resolution of the claims will be apportioned between the jury and the Court) by 6/12/24.

(15) The parties are encouraged to re-visit their prior settlement negotiations in view of the rulings specified within this Order and they shall contact the Court's Courtroom Deputy on or before 6/10/24 if they are mutually interested in an expedited settlement conference with the Court or with Judge Mary M. Rowland.

**Date: June 5, 2024**

**Jeffrey I. Cummings**
**United States District Court Judge**